AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:26-MJ-39 |
| Claudia Robledo Ramirez | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 18, 2024** in the county of **Potter** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1028(a)(4) | Possession of Documents with Intent to Use them to Defraud the United States |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin J. Pulliam, HSI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 2/17/26

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT
### Case No. 2:26-MJ-39

### Title 18, United States Code, Section 1028(a)(4)

As a result of my training and experience, I am familiar with federal immigration laws, including 18 U.S.C. § 1028(a)(4), which makes it illegal to knowingly possess an identification document (other than one issued lawfully for the use of the possessor), authentication feature, or a false identification document, with the intent to use said document or feature to defraud the United States. There are four elements to this offense: (1) That the defendant knowingly possessed an identification document, authentication feature, or a false identification document; (2) That the document in question was fraudulent or was not lawfully issued for the defendant's use; (3) That the defendant possessed the document with the specific intent that it be used to defraud the United States; and (4) That the document was not lawfully issued to the person who possessed it. A "false identification document" is a document of a typer intended or commonly accepted for the purposes of identification of individuals that is not issued under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit and appears to be issued by or under the authority of the United State Government, a State, a political subdivision of a state, a sponsoring entity of an even designated by the President as a special event of national significance, a foreign government, or an international government or quasi-governmental organization. 18 USC 1028(d)(4).

**Facts Establishing Probable Cause**

On February 14, 2026, Homeland Security Investigations (HSI) Special Agents encountered Claudia ROBLEDO Ramirez near 207 South Carolina Street in Amarillo, Texas which is in the Amarillo Division of the Northern District of Texas. Prior to the encounter agents identified ROBLEDO Ramirez as a citizen and national of Mexico who entered the United States without inspection on a previous date.

Agents also determined ROBLEDO RAMIREZ had obtained employment without authorization at the Tru-By Hilton Hotel located 2202 Soncy Road, Amarillo, TX. Agents obtained employment eligibility verification documentation from the hotel and determined that, on or about September 18, 2024, ROBLEDO RAMIREZ did possess a Legal Permanent Resident Card bearing the name Deisy Portillo Ceballos and Alien Registration Number 059-140-281 and Class of Admission IR-1, wife of a united states citizen as well as a Social Security Card bearing Social Security Number ending in 8193 and did present these documents for the purposes of obtaining unlawful employment in the United States. Queries in Immigration databases show Alien Registration Number 059-140-281 is not assigned to any person. Additional queries show that Deisy Portillo Ceballos was assigned a different Alien Registration Number. Pictures from documents issued to this person show she bears no resemblance whatsoever to ROBLEDO RAMIREZ. No Social Security number for the true Deisy Portillo Ceballos is known. Queries for the Social Security Number ending in 8193 identify no true holder associated with that number.

At the time of her arrest, ROBLEDO RAMIREZ had the fraudulent identification

documents in her possession under the name Deisy Portillo Ceballos. Robledo Ramirez identified herself as Robledo Ramirez to agents. During a Mirandized, post-arrest interview, Robledo Ramirez admitted to possessing the fraudulent documents and using them to get a job at the Tru-By Hilton Hotel. She further admitted to purchasing the fraudulent documents shortly she arrived in the United States.

_____
Benjamin J. Pulliam
Homeland Security Investigations
Special Agent

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 17th day of February, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

3